**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: NITTI, FRANCESCO | § | Case No. 14-26413-JSB |
| NITTI, CARMELLA | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 17, 2014. The undersigned trustee was appointed on July 17, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        1,836,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 1,486,901.06 |
   | Administrative expenses | 151,784.35 |
   | Bank service fees | 1,590.70 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 82,059.57 |
   | Exemptions paid to the debtor | 30,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 83,664.32 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/07/2015 and the deadline for filing governmental claims was 01/07/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $74,968.21. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $62,000.00, for a total compensation of $62,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $526.00, for total expenses of $526.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/04/2017            By: /s/David R. Brown
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-26413-JSB  
**Case Name:** NITTI, FRANCESCO  
NITTI, CARMELLA  
**Period Ending:** 04/04/17

**Trustee:**  (330580)   David R. Brown  
**Filed (f) or Converted (c):** 07/17/14 (f)  
**§341(a) Meeting Date:** 08/12/14  
**Claims Bar Date:** 01/07/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home Location: 115 Carmella Ct., B | 1,500,000.00 | 0.00 | | 1,470,000.00 | FA |
| 2 | 7 Rooms Of Furniture And Misc. Household Goods<br>Location: 115 Carmella Ct., Bloomingdale, IL  60108 | 1,500.00 | 0.00 | | 6,245.00 | FA |
| 3 | 100% Of Stock In Nitti Custom Builders And<br>Developers, Inc<br>Bankrupt | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 2006 Porsche Cayenne 89,000 Miles<br>Location: 115 Carmella Ct., Bloomingdale, IL  60108 | 11,000.00 | 1,400.00 | | 6,200.00 | FA |
| 5 | American Family Life Insurance Policy  (u)<br>#U1550083 Flexible premium life on the life of Frank<br>Nitti $400,00 on face value cash value as of<br>7/1/2011~~~~Asset listed on Amended Schedule B | 16,555.12 | 12,555.00 | | 12,555.00 | FA |
| 6 | Post-Petition Interest Deposits  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 1129 Schaumburg Road, Schaumburg  (u) | 50,000.00 | 50,000.00 | | 200,000.00 | FA |
| 8 | cash  (u)<br>Asset listed on Amended Schedule B | 47.00 | 0.00 | | 0.00 | FA |
| 9 | Chase Bank Checking Account #822330163  (u)<br>Asset listed on Amended Schedule B | 576.91 | 0.00 | | 0.00 | FA |
| 10 | Clothing of an adult male and female  (u)<br>Location: 115 Carmella Ct., Bloomingdale, IL  60108<br>Asset listed on Amended Scheule B | 200.00 | 0.00 | | 0.00 | FA |
| 11 | gold wedding bands of husband and wife.  (u)<br>Location: 115 Carmella Ct., Bloomingdale, IL  60108<br>Asset listed on Amended Shedule B | 500.00 | 0.00 | | 0.00 | FA |
| 12 | 8 year old computer (PC) and printer  (u)<br>Location: 115 Carmella Ct., Bloomingdale, IL<br>60108Asset listed on Amended Schedule B | 50.00 | 0.00 | | 0.00 | FA |
| 13 | fraudulent conveyance claim  (u)<br>See Footnote | 500,000.00 | 500,000.00 | | 137,500.00 | FA |
| 14 | sale expense reimbursement  (u)<br>506(c) expense reimbursement for sale of property<br>and payment of judgment lien | 3,500.00 | 3,500.00 | | 3,500.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-26413-JSB  
**Case Name:** NITTI, FRANCESCO  
NITTI, CARMELLA  
**Period Ending:** 04/04/17

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 07/17/14 (f)  
**§341(a) Meeting Date:** 08/12/14  
**Claims Bar Date:** 01/07/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 14    Assets    Totals (Excluding unknown values) | $2,083,929.03 | $567,455.00 | | $1,836,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

On December 14, 2015, Trustee filed fraudulent conveyance action regarding transfer of Debtor's business and Trustee retained Special Counsel.   Litigation continues and  parties are engaged in settlement discussions.  Discovery cut-off is 10/31/2016 and the next status is 11/4/2016.

**Initial Projected Date Of Final Report (TFR):**     September 15, 2017         **Current Projected Date Of Final Report (TFR):**     March 7, 2017  (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-26413-JSB  
**Case Name:** NITTI, FRANCESCO  
NITTI, CARMELLA  
**Taxpayer ID #:** **-***1637  
**Period Ending:** 04/04/17

**Trustee:** David R. Brown (330580)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******25-82 - Checking  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/14 | | Francesco and Carmela Nitti | turnover of non-exempt property Cashiers Check from Chase | | 25,000.00 | | 25,000.00 |
| | {2} | Francesco and Carmela Nitti | turnover of non-exempt property Cashiers Check from Chase  6,245.00 | 1129-000 | | | 25,000.00 |
| | {4} | Francesco and Carmela Nitti | turnover of non-exempt property Cashiers Check from Chase  6,200.00 | 1129-000 | | | 25,000.00 |
| | {5} | Francesco and Carmela Nitti | turnover of non-exempt property Cashiers Check from Chase  12,555.00 | 1229-000 | | | 25,000.00 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.18 | 24,980.82 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 37.14 | 24,943.68 |
| 02/11/15 | 1001 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 | | 13.00 | 24,930.68 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 33.49 | 24,897.19 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 37.01 | 24,860.18 |
| 04/17/15 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 24,860.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,860.18 | |
| | | | **Subtotal** | | 25,000.00 | 139.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,000.00** | **$139.82** | |

{} Asset reference(s)

Printed: 04/04/2017 10:07 AM   V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-26413-JSB  
**Case Name:** NITTI, FRANCESCO  
   NITTI, CARMELLA  
**Taxpayer ID #:** **-***1637  
**Period Ending:** 04/04/17

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8066 - Checking Account  
**Blanket Bond:** $77,173,558.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/17/15 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 24,860.18 | | 24,860.18 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.49 | 24,844.69 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.54 | 24,810.15 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.06 | 24,772.09 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.81 | 24,735.28 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.39 | 24,700.89 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.89 | 24,663.00 |
| 10/30/15 | | Chicago Title and Trust | net proceeds of sale | | 27,353.19 | | 52,016.19 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.47 | 51,980.72 |
| 10/30/15 | {7} | | Gross Sales Proceeds    -200,000.00 | 1210-000 | | | 51,980.72 |
| 10/30/15 | | | Pay-off Champion Mortgage    83,755.33 | 4110-000 | | | 51,980.72 |
| 10/30/15 | | | Peter Nitti (1/4 owner)    27,353.19 | 8500-002 | | | 51,980.72 |
| 10/30/15 | | | John Nitti (1/4 owner)    27,353.19 | 8500-002 | | | 51,980.72 |
| 10/30/15 | | | Michael Nitti (1/4 owner)    27,353.19 | 8500-002 | | | 51,980.72 |
| 10/30/15 | | | Christine Ranallo (atty for co-owners)    800.00 | 3991-000 | | | 51,980.72 |
| 10/30/15 | | | Chicago Title (closing costs, pro-rations and title charges)    6,031.91 | 2500-000 | | | 51,980.72 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 68.33 | 51,912.39 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.14 | 51,830.25 |
| 01/14/16 | 10102 | Richard L. Hirsh | special counsel expenses Stopped on 01/27/16 | 3220-000 | | 2,605.19 | 49,225.06 |
| 01/27/16 | 10102 | Richard L. Hirsh | special counsel expenses Stopped: check issued on 01/14/16 | 3220-000 | | -2,605.19 | 51,830.25 |
| 01/27/16 | 10103 | Richard L. Hirsh | Special Counsel expenses | 3220-000 | | 2,605.19 | 49,225.06 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.87 | 49,153.19 |
| 02/15/16 | 10104 | ADAMS-LEVINE | bond premium | 2300-000 | | 21.62 | 49,131.57 |
| 02/24/16 | | Fort Dearborn Land Title Company | net proceeds of sale of 115 Carmela Court, Bloomingdale | | 8,461.27 | | 57,592.84 |
| | {1} | Gregor Rzadzian | gross sale proceeds    1,470,000.00 | 1110-000 | | | 57,592.84 |
| | | Fay Servicing LLC | first mortgage payoff    -1,103,745.38 | 4110-000 | | | 57,592.84 |
| | | Parkway Bank & Trust Company | judgment lien payoff    -191,001.30 | 4120-000 | | | 57,592.84 |
| | | DuPage County Collector | property tax credit    -41,149.05 | 4700-000 | | | 57,592.84 |
| | | BHHS Koenig Rubloff | real estate commissions    -88,695.00 | 3510-000 | | | 57,592.84 |
| | | Frank and Carmela Nitti | homestead    -30,000.00 | 8100-002 | | | 57,592.84 |

Subtotals :   $60,674.64   $3,081.80

{} Asset reference(s)                                                                                                Printed: 04/04/2017 10:07 AM    V.13.30

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 14-26413-JSB | | Trustee: | David R. Brown (330580) |
|---|---|---|---|---|
| Case Name: | NITTI, FRANCESCO | | Bank Name: | Rabobank, N.A. |
| | NITTI, CARMELLA | | Account: | ******8066 - Checking Account |
| Taxpayer ID #: | **-***1637 | | Blanket Bond: | $77,173,558.00 (per case limit) |
| Period Ending: | 04/04/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Fort Dearborn Land Title | title and recording charges   -6,948.00 | 2500-000 | | | 57,592.84 |
| 02/24/16 | {14} | Parkway Bank and Trust | reimburse sale expenses per 506(c) | 1290-000 | 3,500.00 | | 61,092.84 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.54 | 61,022.30 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.29 | 60,926.01 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.47 | 60,841.54 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.36 | 60,757.18 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.87 | 60,661.31 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.11 | 60,577.20 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.58 | 60,481.62 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.75 | 60,394.87 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.74 | 60,311.13 |
| 11/16/16 | | Chcago Title and Trust | net settlement proceeds | | 23,608.78 | | 83,919.91 |
| | {13} | Chicago Title and Trust | 137,500.00 | 1241-000 | | | 83,919.91 |
| | | Vincent and Donna Robertelli | -67,250.00 | 7100-000 | | | 83,919.91 |
| | | Richard Hirsh, Esq. | approved special counsel fees   -45,833.33 | 3210-000 | | | 83,919.91 |
| | | Richard Hirsh, Esq. | approved special counsel expenses   -807.89 | 3220-000 | | | 83,919.91 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.96 | 83,812.95 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.22 | 83,692.73 |
| 02/02/17 | 10105 | International Sureties, Ltd. | bond #016073584 | 2300-000 | | 28.41 | 83,664.32 |
| | | | **ACCOUNT TOTALS** | | 87,783.42 | 4,119.10 | **$83,664.32** |
| | | | Less: Bank Transfers | | 24,860.18 | 0.00 | |
| | | | **Subtotal** | | 62,923.24 | 4,119.10 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$62,923.24** | **$-25,880.90** | |

{} Asset reference(s)

Printed: 04/04/2017 10:07 AM   V.13.30

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 14-26413-JSB | **Trustee:** | David R. Brown (330580) | |
| **Case Name:** | NITTI, FRANCESCO | **Bank Name:** | Rabobank, N.A. | |
| | NITTI, CARMELLA | **Account:** | ******8066 - Checking Account | |
| **Taxpayer ID #:** | **-***1637 | **Blanket Bond:** | $77,173,558.00   (per case limit) | |
| **Period Ending:** | 04/04/17 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******25-82** | 25,000.00 | 139.82 | 0.00 |
| **Checking # ******8066** | 62,923.24 | -25,880.90 | 83,664.32 |
| | $87,923.24 | $4,258.92 | $83,664.32 |

{} Asset reference(s)

Printed: 04/04/2017 10:07 AM     V.13.30

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 7, 2015

**Case Number:** 14-26413-JSB  
**Debtor Name:** NITTI, FRANCESCO

Page: 1

**Date:** April 4, 2017  
**Time:** 10:07:08 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | Clerk of the Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | Adversary Filing fee 15-00892 | $350.00 | $0.00 | 350.00 |
| 200 | Alan D. Lasko & Associates, PC<br>205 West Randolph Street<br>Chicago, IL 60606 | Admin Ch. 7 | | $8,286.30 | $0.00 | 8,286.30 |
| 200 | Alan D. Lasko & Associates, PC<br>205 West Randolph Street<br>Chicago, IL 60606 | Admin Ch. 7 | | $45.43 | $0.00 | 45.43 |
| TREXP 200 | David R. Brown<br>300 S. County Farm Rd., Ste I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $526.00 | $0.00 | 526.00 |
| TRCOMP 200 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>Wheaton, IL 60187 | Admin Ch. 7 | In order for the unsecured credtior to receive a disbursement, the Trustee is reducing his Trustee compensaiton from $74,968.21 to $62,000. Additionally, Trustee's Counsel, SpringerBrown, will not be seeking payment for any attorneys' fees in this case (estimated to be $25,000) due to the amount of Trustee's compensation. | $62,000.00 | $0.00 | 62,000.00 |
| 5 100 | Parkway Bank & Trust Company<br>c/o Tejal S. Desai<br>55 WEst Monroe Street<br>Chicago, IL 60603 | Secured | Paid at closing on sale of 1129 West Schaumburg Rd., Scharumburg, IL | $191,001.30 | $191,001.30 | 0.00 |
| 1 600 | Vincent and Donna Robertelli<br>c/o Gina Krol<br>105 W Madison Street, Ste.1100<br>Chicago, IL 60602 | Unsecured | amended claim satisfied pursuant to Docket # 131 | $67,250.00 | $67,250.00 | 0.00 |
| 2 610 | PYOD, LLC as assignee of Citibank NA<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $69,049.85 | $0.00 | 69,049.85 |
| 3 610 | Ted Cucci<br>101 Carmela Court<br>Bloomingdale, IL 60108 | Unsecured | claim withdrawn 11/20/2015 | $0.00 | $0.00 | 0.00 |
| 4 610 | Warner Cruz<br>3200 Squibb Ave<br>Rolling Meadows, IL 60008 | Unsecured | claim withdrawn 4/26/2016 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 398,508.88 | 258,251.30 | 140,257.58 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                              Exhibit D

Case No.: 14-26413-JSB
Case Name: NITTI, FRANCESCO
Trustee Name: David R. Brown

**Balance on hand:**                    $    83,664.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Parkway Bank & Trust Company | 151,010.44 | 191,001.30 | 191,001.30 | 0.00 |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                         $    83,664.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID R. BROWN | 62,000.00 | 0.00 | 62,000.00 |
| Trustee, Expenses - David R. Brown | 526.00 | 0.00 | 526.00 |
| Accountant for Trustee, Fees - Alan D. Lasko & Associates, PC | 8,286.30 | 0.00 | 8,286.30 |
| Accountant for Trustee, Expenses - Alan D. Lasko & Associates, PC | 45.43 | 0.00 | 45.43 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses:   $    71,207.73
Remaining balance:                                        $    12,456.59

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                            $    12,456.59

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |  |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 12,456.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 136,299.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Vincent and Donna Robertelli | 67,250.00 | 67,250.00 | 0.00 |
| 2 | PYOD, LLC as assignee of Citibank NA | 69,049.85 | 0.00 | 12,456.59 |
| 3 | Ted Cucci | 0.00 | 0.00 | 0.00 |
| 4 | Warner Cruz | 0.00 | 0.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 12,456.59 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |  |
|---|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

      Total to be paid for subordinated claims: **$**     0.00
      Remaining balance: **$**     0.00

**UST Form 101-7-TFR (05/1/2011)**