UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **FRANCESCO NITTI AND** | ) | Bankruptcy No. 14-26413 |
| **CARMELLA NITTI,** | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 18, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Vincent and Donna Robertelli
c/o Gina Krol
105 W Madison Street, Ste.1100
Chicago, IL 60602

**VIA REGULAR MAIL**

Francesco and Carmella
Nitti
PO Box 112
BLOOMINGDALE, IL 60108

Alan D. Lasko & Associates, PC
205 West Randolph Street
Chicago, IL 60606

PYOD, LLC as assignee of
Citibank NA
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Ted Cucci
101 Carmela Court
Bloomingdale, IL 60108

Warner Cruz
3200 Squibb Ave
Rolling Meadows, IL 60008

Parkway Bank & Trust Company
c/o Tejal S. Desai
55 WEst Monroe Street
Chicago, IL 60603

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000