**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  NITTI, FRANCESCO             §    Case No. 14-26413
        NITTI, CARMELLA              §
                                     §
                                     §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,373.91 | Assets Exempt: | $41,673.91 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,499,357.65 | Claims Discharged Without Payment: | $1,510,806.26 |
| Total Expenses of Administration: | $224,582.78 | | |

3) Total gross receipts of $1,836,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $112,059.57 (see **Exhibit 2**), yielded net receipts of $1,723,940.43 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,779,009.00 | $1,379,660.20 | $1,419,651.06 | $1,419,651.06 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $224,582.78 | $224,582.78 | $224,582.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,174,213.00 | $1,068,960.73 | $136,299.85 | $79,706.59 |
| **TOTAL DISBURSEMENTS** | $3,953,222.00 | $2,673,203.71 | $1,780,533.69 | $1,723,940.43 |

4) This case was originally filed under chapter 7 on 07/17/2014. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   07/07/2017              By: /s/ David R. Brown
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| fraudulent conveyance claim | 1241-000 | $137,500.00 |
| 2006 Porsche Cayenne 89,000 Miles | 1129-000 | $6,200.00 |
| 7 Rooms Of Furniture And Misc. Household Goods | 1129-000 | $6,245.00 |
| 1129 Schaumburg Road, Schaumburg | 1210-000 | $200,000.00 |
| American Family Life Insurance Policy | 1229-000 | $12,555.00 |
| sale expense reimbursement | 1290-000 | $3,500.00 |
| Single Family Home Location: 115 Carmella Ct., B | 1110-000 | $1,470,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,836,000.00** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Fort Dearborn Land Title Company | homestead | 8100-002 | $30,000.00 |
| Chicago Title and Trust | Peter Nitti (1/4 owner); $27,353.19 | 8500-002 | $82,059.57 |
| | John Nitti (1/4 owner); $27,353.19 | | |
| | Michael Nitti (1/4 owner); $27,353.19 | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$112,059.57** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Title and Trust | 4110-000 | NA | $83,755.33 | $83,755.33 | $83,755.33 |
| | DuPage County Collector | 4700-000 | NA | $41,149.05 | $41,149.05 | $41,149.05 |
| | Fay Servicing LLC | 4110-000 | NA | $1,103,745.38 | $1,103,745.38 | $1,103,745.38 |
| 5 | Parkway Bank & Trust Company | 4120-000 | $200,000.00 | $151,010.44 | $191,001.30 | $191,001.30 |
| N/F | Advantage National Bank | 4110-000 | $400,000.00 | NA | NA | NA |
| N/F | Chase | 4110-000 | $969,154.00 | NA | NA | NA |
| N/F | Mb Fin Svcs | 4110-000 | $9,855.00 | NA | NA | NA |
| N/F | Parkway Bank & Trust | 4110-000 | $200,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,779,009.00** | **$1,379,660.20** | **$1,419,651.06** | **$1,419,651.06** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - DAVID R. BROWN | 2100-000 | NA | $62,000.00 | $62,000.00 | $62,000.00 |
| Trustee, Expenses - David R. Brown | 2200-000 | NA | $526.00 | $526.00 | $526.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - ADAMS-LEVINE | 2300-000 | NA | $21.62 | $21.62 | $21.62 |
| Bond Payments - ARTHUR B. LEVINE COMPANY | 2300-000 | NA | $13.00 | $13.00 | $13.00 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $28.41 | $28.41 | $28.41 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Chicago Title and Trust | 2500-000 | NA | $6,031.91 | $6,031.91 | $6,031.91 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Fort Dearborn Land Title | 2500-000 | NA | $6,948.00 | $6,948.00 | $6,948.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,463.88 | $1,463.88 | $1,463.88 |
| Banking and Technology Service Fee - The Bank of New York Mellon | 2600-000 | NA | $126.82 | $126.82 | $126.82 |
| Attorney for Trustee Fees (Other Firm) - Richard Hirsh, Esq. | 3210-000 | NA | $45,833.33 | $45,833.33 | $45,833.33 |
| Attorney for Trustee Expenses (Other Firm) - Richard Hirsh, Esq. | 3220-000 | NA | $807.89 | $807.89 | $807.89 |
| Attorney for Trustee Expenses (Other Firm) - Richard L. Hirsh | 3220-000 | NA | $2,605.19 | $2,605.19 | $2,605.19 |
| Accountant for Trustee Fees (Other Firm) - Alan D. Lasko & Associates, PC | 3410-000 | NA | $8,286.30 | $8,286.30 | $8,286.30 |
| Accountant for Trustee Expenses (Other Firm) - Alan D. Lasko & Associates, PC | 3420-000 | NA | $45.43 | $45.43 | $45.43 |
| Realtor for Trustee Fees (Real Estate Commissions) - BHHS Koenig Rubloff | 3510-000 | NA | $88,695.00 | $88,695.00 | $88,695.00 |
| Other Professional Fees - Chicago Title and Trust | 3991-000 | NA | $800.00 | $800.00 | $800.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$224,582.78** | **$224,582.78** | **$224,582.78** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Vincent and Donna Robertelli | 7100-000 | NA | $249,910.88 | $67,250.00 | $67,250.00 |
| 2 | PYOD, LLC as assignee of Citibank NA | 7100-000 | $70,000.00 | $69,049.85 | $69,049.85 | $12,456.59 |
| 3 | Ted Cucci | 7100-000 | $250,000.00 | $250,000.00 | $0.00 | $0.00 |
| 4 | Warner Cruz | 7100-000 | $400,000.00 | $500,000.00 | $0.00 | $0.00 |
| N/F | Barclays Bank Delaware | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Bk Of America | 7100-000 | $491.00 | NA | NA | NA |
| N/F | Citicorp Credit Services | 7100-000 | $70,000.00 | NA | NA | NA |
| N/F | Merchants Credit Guide | 7100-000 | $137.00 | NA | NA | NA |
| N/F | Merchants Credit Guide | 7100-000 | $171.00 | NA | NA | NA |
| N/F | Merchants Credit Guide | 7100-000 | $68.00 | NA | NA | NA |
| N/F | Merchants Credit Guide | 7100-000 | $46.00 | NA | NA | NA |
| N/F | Parkway Bank & Trust | 7100-000 | $500,000.00 | NA | NA | NA |
| N/F | Ted Cucci | 7100-000 | $250,000.00 | NA | NA | NA |
| N/F | Tom Itrich | 7100-000 | $200,000.00 | NA | NA | NA |
| N/F | Village of Bloomingdale | 7100-000 | $23,300.00 | NA | NA | NA |
| N/F | Vincent and Donna Robertelli | 7100-000 | NA | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| N/F | Warner Cruz | 7100-000 | $400,000.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,174,213.00** | **$1,068,960.73** | **$136,299.85** | **$79,706.59** |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 14-26413 | Trustee Name: | (330580) David R. Brown |
| --- | --- | --- | --- |
| Case Name: | NITTI, FRANCESCO | Date Filed (f) or Converted (c): | 07/17/2014 (f) |
| | NITTI, CARMELLA | § 341(a) Meeting Date: | 08/12/2014 |
| For Period Ending: | 07/07/2017 | Claims Bar Date: | 01/07/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | ---: | ---: | --- | ---: | ---: |
| 1 | Single Family Home Location: 115 Carmella Ct., B | 1,500,000.00 | 0.00 | | 1,470,000.00 | FA |
| 2 | 7 Rooms Of Furniture And Misc. Household Goods<br>Location: 115 Carmella Ct., Bloomingdale, IL  60108 | 1,500.00 | 0.00 | | 6,245.00 | FA |
| 3 | 100% Of Stock In Nitti Custom Builders And<br>Developers, Inc<br>Bankrupt | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 2006 Porsche Cayenne 89,000 Miles<br>Location: 115 Carmella Ct., Bloomingdale, IL  60108 | 11,000.00 | 1,400.00 | | 6,200.00 | FA |
| 5 | American Family Life Insurance Policy (u)<br>#U1550083 Flexible premium life on the life of Frank Nitti $400,00 on face value cash value as of 7/1/2011~~~~Asset listed on Amended Schedule B | 16,555.12 | 12,555.00 | | 12,555.00 | FA |
| 6 | Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 1129 Schaumburg Road, Schaumburg (u) | 50,000.00 | 50,000.00 | | 200,000.00 | FA |
| 8 | cash (u)<br>Asset listed on Amended Schedule B | 47.00 | 0.00 | | 0.00 | FA |
| 9 | Chase Bank Checking Account #822330163 (u)<br>Asset listed on Amended Schedule B | 576.91 | 0.00 | | 0.00 | FA |
| 10 | Clothing of an adult male and female (u)<br>Location: 115 Carmella Ct., Bloomingdale, IL  60108<br>Asset listed on Amended Scheule B | 200.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 14-26413 | Trustee Name: | (330580) David R. Brown |
|---|---|---|---|
| Case Name: | NITTI, FRANCESCO / NITTI, CARMELLA | Date Filed (f) or Converted (c): | 07/17/2014 (f) |
| | | § 341(a) Meeting Date: | 08/12/2014 |
| For Period Ending: | 07/07/2017 | Claims Bar Date: | 01/07/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | gold wedding bands of husband and wife. (u)<br>Location: 115 Carmella Ct., Bloomingdale, IL  60108<br>Asset listed on Amended Shedule B | 500.00 | 0.00 | | 0.00 | FA |
| 12 | 8 year old computer (PC) and printer (u)<br>Location: 115 Carmella Ct., Bloomingdale, IL  60108Asset listed on Amended Schedule B | 50.00 | 0.00 | | 0.00 | FA |
| 13 | fraudulent conveyance claim (u)<br>See Footnote | 500,000.00 | 500,000.00 | | 137,500.00 | FA |
| 14 | sale expense reimbursement (u)<br>506(c) expense reimbursement for sale of property and payment of judgment lien | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 14 | **Assets     Totals**     (Excluding unknown values) | **$2,083,929.03** | **$567,455.00** | | **$1,836,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

On December 14, 2015, Trustee filed fraudulent conveyance action regarding transfer of Debtor's business and Trustee retained Special Counsel. Litigation continues and parties are engaged in settlement discussions. Discovery cut-off is 10/31/2016 and the next status is 11/4/2016.

| Initial Projected Date Of Final Report (TFR): | 09/15/2017 | Current Projected Date Of Final Report (TFR): | 03/07/2017 (Actual) |
|---|---|---|---|

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-26413 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | NITTI, FRANCESCO<br>NITTI, CARMELLA | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***1637 | Account #: | **********2582 Checking |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/12/2014 | | Francesco and Carmela Nitti | turnover of non-exempt property Cashiers Check from Chase | | 25,000.00 | | 25,000.00 |
| | {2} | Francesco and Carmela Nitti | turnover of non-exempt property Cashiers Check from Chase $6,245.00 | 1129-000 | | | 25,000.00 |
| | {4} | Francesco and Carmela Nitti | turnover of non-exempt property Cashiers Check from Chase $6,200.00 | 1129-000 | | | 25,000.00 |
| | {5} | Francesco and Carmela Nitti | turnover of non-exempt property Cashiers Check from Chase $12,555.00 | 1229-000 | | | 25,000.00 |
| 01/08/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.18 | 24,980.82 |
| 02/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 37.14 | 24,943.68 |
| 02/11/2015 | 1001 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 | | 13.00 | 24,930.68 |

{ } Asset Reference(s)         UST Form 101-7-TDR ( 10 /1/2010)         ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-26413 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | NITTI, FRANCESCO<br>NITTI, CARMELLA | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***1637 | Account #: | **********2582 Checking |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 33.49 | 24,897.19 |
| 04/07/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 37.01 | 24,860.18 |
| 04/17/2015 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 24,860.18 | 0.00 |
| | | | **COLUMN TOTALS** | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 24,860.18 | |
| | | | **Subtotal** | | 25,000.00 | 139.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,000.00** | **$139.82** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 14-26413 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | NITTI, FRANCESCO<br>NITTI, CARMELLA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1637 | Account #: | ******8066 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/2015 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 24,860.18 | | 24,860.18 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.49 | 24,844.69 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.54 | 24,810.15 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.06 | 24,772.09 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.81 | 24,735.28 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.39 | 24,700.89 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.89 | 24,663.00 |
| 10/30/2015 | | Chicago Title and Trust | net proceeds of sale | | 27,353.19 | | 52,016.19 |
| | {7} | | Gross Sales Proceeds<br>$200,000.00 | 1210-000 | | | 52,016.19 |
| | | | Pay-off Champion Mortgage<br>-$83,755.33 | 4110-000 | | | 52,016.19 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                                    ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-26413 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | NITTI, FRANCESCO<br>NITTI, CARMELLA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1637 | Account #: | ******8066 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Peter Nitti (1/4 owner)<br>-$27,353.19 | 8500-002 | | | 52,016.19 |
| | | | John Nitti (1/4 owner)<br>-$27,353.19 | 8500-002 | | | 52,016.19 |
| | | | Michael Nitti (1/4 owner)<br>-$27,353.19 | 8500-002 | | | 52,016.19 |
| | | | Christine Ranallo (atty for co-owners)<br>-$800.00 | 3991-000 | | | 52,016.19 |
| | | | Chicago Title (closing costs, pro-rations and title charges)<br>-$6,031.91 | 2500-000 | | | 52,016.19 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.47 | 51,980.72 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 68.33 | 51,912.39 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.14 | 51,830.25 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 14-26413 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | NITTI, FRANCESCO<br>NITTI, CARMELLA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1637 | Account #: | ******8066 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/14/2016 | 10102 | Richard L. Hirsh | special counsel expenses Stopped on 01/27/2016 | 3220-005 | | 2,605.19 | 49,225.06 |
| 01/27/2016 | 10102 | Richard L. Hirsh | special counsel expenses Stopped: check issued on 01/14/2016 | 3220-005 | | -2,605.19 | 51,830.25 |
| 01/27/2016 | 10103 | Richard L. Hirsh | Special Counsel expenses | 3220-000 | | 2,605.19 | 49,225.06 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.87 | 49,153.19 |
| 02/15/2016 | 10104 | ADAMS-LEVINE | bond premium | 2300-000 | | 21.62 | 49,131.57 |
| 02/24/2016 | | Fort Dearborn Land Title Company | net proceeds of sale of 115 Carmela Court, Bloomingdale | | 8,461.27 | | 57,592.84 |
| | {1} | Gregor Rzadzian | gross sale proceeds $1,470,000.00 | 1110-000 | | | 57,592.84 |
| | | Fay Servicing LLC | first mortgage payoff -$1,103,745.38 | 4110-000 | | | 57,592.84 |
| | | Parkway Bank & Trust Company | judgment lien payoff -$191,001.30 | 4120-000 | | | 57,592.84 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 14-26413 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | NITTI, FRANCESCO<br>NITTI, CARMELLA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1637 | Account #: | ******8066 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | DuPage County Collector | property tax credit<br>-$41,149.05 | 4700-000 | | | 57,592.84 |
| | | BHHS Koenig Rubloff | real estate commissions<br>-$88,695.00 | 3510-000 | | | 57,592.84 |
| | | Frank and Carmela Nitti | homestead<br>-$30,000.00 | 8100-002 | | | 57,592.84 |
| | | Fort Dearborn Land Title | title and recording charges<br>-$6,948.00 | 2500-000 | | | 57,592.84 |
| 02/24/2016 | {14} | Parkway Bank and Trust | reimburse sale expenses per 506(c) | 1290-000 | 3,500.00 | | 61,092.84 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.54 | 61,022.30 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.29 | 60,926.01 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.47 | 60,841.54 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.36 | 60,757.18 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| Case No.: | 14-26413 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | NITTI, FRANCESCO<br>NITTI, CARMELLA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1637 | Account #: | ******8066 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 95.87 | 60,661.31 |
| 07/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 84.11 | 60,577.20 |
| 08/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 95.58 | 60,481.62 |
| 09/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 86.75 | 60,394.87 |
| 10/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 83.74 | 60,311.13 |
| 11/16/2016 |  | Chcago Title and Trust | net settlement proceeds |  | 23,608.78 |  | 83,919.91 |
|  | {13} | Chicago Title and Trust | $137,500.00 | 1241-000 |  |  | 83,919.91 |
|  |  | Vincent and Donna Robertelli | -$67,250.00 | 7100-000 |  |  | 83,919.91 |
|  |  | Richard Hirsh, Esq. | approved special counsel fees<br>-$45,833.33 | 3210-000 |  |  | 83,919.91 |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| | | | Form 2 | | | Page: 8 |

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-26413 | **Trustee Name:** | David R. Brown (330580) | |
| **Case Name:** | NITTI, FRANCESCO<br>NITTI, CARMELLA | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***1637 | **Account #:** | ******8066 Checking Account | |
| **For Period Ending:** | 07/07/2017 | **Blanket Bond (per case limit):** | $77,173,558.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Richard Hirsh, Esq. | approved special counsel expenses<br>-$807.89 | 3220-000 | | | 83,919.91 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.96 | 83,812.95 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.22 | 83,692.73 |
| 02/02/2017 | 10105 | International Sureties, Ltd. | bond #016073584 | 2300-000 | | 28.41 | 83,664.32 |
| 05/18/2017 | 10106 | DAVID R. BROWN | Distribution payment - Dividend paid at 82.70% of $74,968.21; Claim # FEE; Filed: $74,968.21 | 2100-000 | | 62,000.00 | 21,664.32 |
| 05/18/2017 | 10107 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $526.00; Claim # TE; Filed: $526.00 | 2200-000 | | 526.00 | 21,138.32 |
| 05/18/2017 | 10108 | Alan D. Lasko & Associates, PC | Distribution payment - Dividend paid at 100.00% of $8,286.30; Claim # ; Filed: $8,286.30 | 3410-000 | | 8,286.30 | 12,852.02 |
| 05/18/2017 | 10109 | Alan D. Lasko & Associates, PC | Distribution payment - Dividend paid at 100.00% of $45.43; Claim # ; Filed: $45.43 | 3420-000 | | 45.43 | 12,806.59 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

| | | Exhibit 9 |
|---|---|---|
| | Form 2 | Page: 9 |

## Cash Receipts And Disbursements Record

| Case No.: | 14-26413 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | NITTI, FRANCESCO<br>NITTI, CARMELLA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1637 | Account #: | ******8066 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/18/2017 | 10110 | Clerk of the Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # ; Filed: $350.00 | 2700-000 | | 350.00 | 12,456.59 |
| 05/18/2017 | 10111 | PYOD, LLC as assignee of Citibank NA | Distribution payment - Dividend paid at 18.04% of $69,049.85; Claim # 2; Filed: $69,049.85 | 7100-000 | | 12,456.59 | 0.00 |
| | | **COLUMN TOTALS** | | | 87,783.42 | 87,783.42 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 24,860.18 | 0.00 | |
| | | **Subtotal** | | | 62,923.24 | 87,783.42 | |
| | | Less: Payments to Debtors | | | | 30,000.00 | |
| | | **NET Receipts / Disbursements** | | | **$62,923.24** | **$57,783.42** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 10

| | |
|---|---|
| **Case No.:** | 14-26413 |
| **Case Name:** | NITTI, FRANCESCO<br>NITTI, CARMELLA |
| **Taxpayer ID #:** | **-***1637 |
| **For Period Ending:** | 07/07/2017 |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8066 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| **********2582 Checking | $25,000.00 | $139.82 | $0.00 |
| ******8066 Checking Account | $62,923.24 | $57,783.42 | $0.00 |
| | **$87,923.24** | **$57,923.24** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)